UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA HESSELGESSER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, *et al.*,<br><br>    Defendants. | CASE NO. 19-CV-00610-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>DATE:      May 13, 2021<br>TIME:      10:00 a.m.<br>JUDGE:   Hon. James Donato<br>LOCATION: USDC<br>                  450 Golden Gate Avenue, 19th Floor<br>                  San Francisco, CA 94102<br><br>SAC Filed:  June 14, 2019 |

    Upon consideration of Defendants' Administrative Motion to File Documents Under Seal and Notice of Lodging Pursuant to Civil Local Rule 79-5; the papers submitted in support; the supporting declaration; and good cause appearing, IT IS HEREBY ORDERED that the Clerk shall seal the unredacted version of Exhibit A to the Declaration of Camille Hamilton Pating in Support of Defendants' Motion for Summary Judgment on the Second Amended Complaint.

    The specific portions of the Complaint that include Confidential material and which Defendants move to file under seal are identified as follows:

| Document | Portion To Be Sealed |
|---|---|
| **Exhibit A** to the Declaration of Camile Hamilton Pating in Support of Defendants' Motion for Summary Judgment on the Second Amended Complaint | Entire document |

**IT IS SO ORDERED.**

DATE:

                                        Hon. James Donato